**FORM 8.  Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Rembrandt Social Media, LP    v.   Facebook, Inc.

No. 14-1812

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3.  Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se       [✓] As counsel for:    Facebook, Inc.
                                        Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant

[ ] Appellant    [✓] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant     [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Thomas G. Hungar |
| Law firm: | Gibson, Dunn & Crutcher LLP |
| Address: | 1050 Connecticut Avenue, N.W. |
| City, State and ZIP: | Washington, D.C.  20036 |
| Telephone: | 202-955-8500 |
| Fax #: | 202-530-9580 |
| E-mail address: | THungar@gibsondunn.com |

Statement to be completed by counsel only (select one):

[✓]  I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ]  I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ]  I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): March 21, 2003

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes     [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

Sept. 15, 2014                                        /s/ Thomas G. Hungar
Date                                                  Signature of pro se or counsel

cc: See Certificate of Service

Form 30

**FORM 30. Certificate of Service**

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on Sep 15, 2014 by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| | |
|---|---|
| Thomas G. Hungar | /s/ Thomas G. Hungar |
| Name of Counsel | Signature of Counsel |

Law Firm: Gibson, Dunn & Crutcher LLP
Address: 1050 Connecticut Avenue, N.W.
City, State, ZIP: Washington, D.C. 20036
Telephone Number: 202-955-8500
FAX Number: 202-530-9580
E-mail Address: THungar@gibsondunn.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.