Form 8

FORM 8. Entry of Appearance

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

REMBRANDT SOCIAL MEDIA, LP v. FACEBOOK, INC.

No. 14-1812

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se     [✓] As counsel for:    Rembrandt Social Media, LP
                                       Name of party

I am, or the party I represent is (select one):

[ ] Petitioner   [ ] Respondent   [ ] Amicus curiae   [ ] Cross Appellant
[✓] Appellant    [ ] Appellee     [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant     [ ] Respondent or appellee

My address and telephone are:

Name:                Ahmed J. Davis
Law firm:            Fish & Richardson P.C.
Address:             1425 K Street, NW, 11th Floor
City, State and ZIP: Washington, DC 20005
Telephone:           (202) 783-5070
Fax #:               (202) 783-2331
E-mail address:      davis@fr.com

Statement to be completed by counsel only (select one):

[ ] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[✓] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 7/8/2002

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes   [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

9/26/2014                              /s/ Ahmed J. Davis
  Date                              Signature of pro se or counsel

cc: Counsel of Record

Form 30

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  Facebook, Inc.
by:

☐ US mail
☐ Fax
☐ Hand
☒ Electronic Means
   (by email or CM/ECF)

| Ahmed J. Davis | /s/ Ahmed J. Davis |
|---|---|
| Name of Counsel | Signature of Counsel |

Law Firm: Fish & Richardson P.C.

Address: 1425 K Street, NW, 11th Floor

City, State, ZIP: Washington, DC 20005

Telephone Number: (202) 783-5070

FAX Number: (202) 783-2331

E-mail Address: davis@fr.com

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.