NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**REMBRANDT SOCIAL MEDIA, LP,**
*Plaintiff-Appellant,*

v.

**FACEBOOK, INC.,**
*Defendant-Appellee.*

2014-1812

Appeal from the United States District Court for the Eastern District of Virginia in No. 1:13-cv-00158-TSE-TRJ, Judge T. S. Ellis III.

**ON MOTION**

**O R D E R**

Rembrandt Social Media, LP moves without opposition for a 22-day extension of time, until February 3, 2015, to file its principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2 REMBRANDT SOCIAL MEDIA, LP v. FACEBOOK, INC.

FOR THE COURT

<u>/s/ Daniel E. O'Toole</u>
Daniel E. O'Toole
Clerk of Court

s27